**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA M. WICKE,**

        **Plaintiff,**

-vs-                                                  Case No. 6:11-cv-395-Orl-31KRS

**SCHOOL BOARD OF BREVARD COUNTY,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on the Second Joint Motion for Approval of Settlement (Doc. No. 19) filed September 6, 2011.

On September 12, 2011, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Second Joint for Approval of Settlement (Doc. No. 19) is **GRANTED in part**. The Court finds that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores*, 679 F.2d at 1354, but declines to approve the settlement as a whole or to reserve jurisdiction to enforce the settlement.

3. Counsel for Plaintiff shall provide a copy of this order to Plaintiff and file with the court proof of such service.

    4.    This case is **DISMISSED** with prejudice.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 30th day of September, 2011.

                                               GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party